THE PEOPLE OF THE STATE OF NEW YORK ex rel. HUDSON & MANHATTAN RAILROAD COMPANY against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 1036.]

ALL AMERICAN BUS LINES, INC., v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 508.]

In the Matter of HERMAN LUKE et al. against LORBER REALTY CORPORATION and ISADORE LORBER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 1038.]

EMMA E. GORDON, as Administratrix of the Estate of HENRY P. GORDON, Deceased, v. BETHLEHEM STEEL COMPANY; FORSYTHE EQUIPMENT CO., INC., et al. and GEROSA HAULAGE & WAREHOUSE CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *ante*, p. 651.]

BESSIE FEINMAN, Doing Business under the Name of CADILLAC MAISON STEEL CO. v. IRVING MARKS and MARLIN-ROCKWELL CORPORATION.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 268 App. Div. 1025.]

NICHOLAS GIORNO v. BANCO DI NAPOLI TRUST COMPANY OF NEW YORK, and WILLIAM R. WHITE, Superintendent of Banks of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 268 App. Div. 1035.]

WALTER B. COOKE, INC., v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 268 App. Div. 1037.]

NATIONAL SURETY CORPORATION v. J. LAWRENCE GUTIERREZ.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs, with leave to the defendant to answer the complaint within ten days after service of order, on payment of said costs and the costs awarded by the order of this court entered January 26, 1945. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 268 App. Div. 1037.]

FIDELITY AND CASUALTY COMPANY OF NEW YORK v. FISCHBACH & MOORE, INC., et al.— Motion for reargument and for other relief denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *ante*, p. 655.]

ANDREW DOVICSAK v. GARAFANO CONSTRUCTION CO., INC., and T. FREDERICK JACKSON, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. (See Civ. Prac. Act, § 588, subd. 3.) Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. [See 268 App. Div. 1033.]